No. 92–5757. SAMBRANO VILLARREAL ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–5759. TAYLOR *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–5763. BARNES *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–5764. SHORES *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–5767. FRAZIER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–5773. GORDON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–5776. HARVEY *v.* UNITED STATES POSTAL SERVICE. C. A. Fed. Cir. Certiorari denied.

No. 92–5778. PATINO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 92–5779. NIXON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–5780. REYES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–5781. McGLYNN *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 92–5782. MICHEL *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–5783. NELSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–5787. REED *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–5799. CARPENTER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.